

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2019

No. 04-18-00870-CV

**IN THE INTEREST OF C.C.M.**,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01431
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to February 19, 2019. "No Further Extensions."

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court